UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHRISTA EUGENIA C.,

      Plaintiff,                                    Case No. 3:25-cv-150

vs.

COMMISSIONER OF THE SOCIAL           District Judge Michael J. Newman
SECURITY ADMINISTRATION,             Magistrate Judge Chelsey M. Vascura

      Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE (Doc. No. 14); (2) OVERRULING
PLAINTIFF'S OBJECTIONS (Doc. No. 15); (3) AFFIRMING THE ALJ'S NON-
DISABILITY FINDING; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

This Social Security appeal is before the Court on the Report and Recommendation

("R&R") of United States Magistrate Judge Chelsey Vascura (Doc. No. 14), to whom this case

was referred pursuant to 28 U.S.C. § 636(b).  Judge Vascura recommends that the Administrative

Law Judge's ("ALJ's") non-disability finding be affirmed.  Plaintiff objects to the R&R (Doc. No.

15), and the Commissioner has responded (Doc. No. 16).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), the Court has reviewed the

comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter,

including Plaintiff's objections.  The Court concludes that the R&R sets forth the applicable law

and is well reasoned.  Accordingly, it is hereby **ORDERED** that: (1) the R&R is **ADOPTED**; (2)

Plaintiff's objections are **OVERRULED**; (3) the ALJ's non-disability finding is **AFFIRMED**;

and (4) this case is **TERMINATED** on the Court's docket.

      **IT IS SO ORDERED.**

May 19, 2026                                             *s/Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

2